

NUMBER 13-18-00356-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                                      Appellant,

v.

ROBERT CHAPIN WOLF,                                                      Appellee.

### On appeal from the County Court at Law No. 2
### of Victoria County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Benavides and Longoria
### Memorandum Opinion by Justice Longoria

Appellant, the State of Texas, by and through its Criminal District Attorney, the Honorable Constance Filley Johnson, has filed a motion for dismissal of its appeal. *See* TEX. R. APP. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion and dismiss the appeal. Having dismissed the appeal at appellant's request,

no motion for rehearing will be entertained, and our mandate will issue forthwith.

NORA L. LONGORIA
Justice

Do not publish.
*See* Tex. R. App. P. 47.2(b).

Delivered and filed the
14th day of February, 2019.